IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

OSCAR STILLEY,
Reg. #10579-062                                                                PLAINTIFF

V.                        Case No. 2:12-cv-00140-KGB/BD

TIMOTHY OUTLAW                                        DEFENDANT

### ORDER

The Court has reviewed United States Magistrate Judge Beth Deere's Partial Recommended Disposition ("Recommendation"). No objections to the Recommendation have been filed. After careful review of the Recommendation and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in all respects.

The motion for a preliminary injunction (Dkt. No. 2) is DENIED, this 20th day of August, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge