IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**OSCAR STILLEY, Reg. #10579-062**  **PLAINTIFF**

**V.**    **CASE NO. 2:12CV00140 KGB/BD**

**TIMOTHY C. OUTLAW**  **DEFENDANT**

### ORDER

Plaintiff Oscar Stilley has moved to dismiss voluntarily this lawsuit (Dkt. No. 8).

The motion is granted. Mr. Stilley's claims are dismissed without prejudice.

SO ORDERED this 10 day of September, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge