IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

OSCAR STILLEY, Reg. #10579-062                                                PLAINTIFF

V.                             CASE NO. 2:12CV00140 KGB/BD

TIMOTHY C. OUTLAW                                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ORDERED this 10 day of September, 2012.

_Kristine M. Baker_
Kristine G. Baker
United States District Judge